1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ARTHUR FERNANDO SAMARO,                No.  2:19-cv-01691-CKD P

12                    Plaintiff,

13          v.                              ORDER

14   SIMPSON,

15                    Defendant.

16

17          Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights

18   action filed pursuant to 42 U.S.C. § 1983.  On September 10, 2020, 2020, defendant filed a

19   motion to dismiss plaintiff's complaint.  ECF No. 31.  The time for plaintiff to file any opposition

20   to this motion has expired and plaintiff has not responded.  See Local Rule 230(l).

21          Accordingly, IT IS HEREBY ORDERED that:

22          1.  Plaintiff shall file an opposition or a statement of non-opposition to defendant's

23              motion to dismiss within 21 days from the date of this order.

24          2.  Any request for an extension of time to comply with this order will require a showing

25              of good cause.

26   /////

27   /////

28   /////

1

3. Plaintiff is warned that the failure to comply with this order may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions, up to and including the dismissal of this action.

Dated:  January 28, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/sama1691.nooppmtd.docx

2