UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHER FERNANDO SAMARO,<br><br>        Plaintiff,<br><br>    v.<br><br>SIMPSON,<br><br>        Defendant. | No. 2:19-cv-01691-CKD P<br><br><br>ORDER |

      By order filed March 16, 2021, defendant's motion to dismiss the complaint was granted in part and denied in part. ECF No. 35. All parties have consented to the jurisdiction of a United Sates Magistrate Judge for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1). See ECF No. 29 (consent minute order).

      A review of the court docket reveals that plaintiff's copy of the order was returned as undeliverable because he was paroled. It appears that plaintiff has failed to comply with Local Rule 182(f), which requires that a party appearing in propria persona inform the court of any address change. More than sixty-three days have passed since the court order was returned by the postal service and plaintiff has failed to notify the Court of a current address.

/////

/////

/////

1

1     Accordingly, this action is dismissed without prejudice for plaintiff's failure to keep the
2 court apprised of his current address. <u>See</u> Local Rules 182(f) and 110.
3 Dated: June 29, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13   12/sama1691.33.docx